

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-20-00057-CV

---

RITA RAMON, Appellant

V.

GLADNEY CENTER FOR ADOPTION, Appellee

---

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-305848-19

---

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Memorandum Opinion by Chief Justice Sudderth

# MEMORANDUM OPINION

The trial court signed the judgment in this case on June 20, 2019, and Appellant Rita Ramon filed a motion for new trial on July 11, 2019, making her notice of appeal due within 90 days after the judgment's signing. *See* Tex. R. App. P. 26.1(a)(1). However, Appellant did not file her notice of appeal until February 18, 2020.

We notified Appellant of our concern that we lacked jurisdiction over the appeal because the notice of appeal was not timely filed. We stated that unless Appellant or any party desiring to continue the appeal filed a response showing grounds to continue the appeal, we would dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.1(b), 26.1, 42.3(a), 44.3.

Appellant filed a response, but it does not show grounds for continuing the appeal. Therefore, we dismiss the appeal for want of jurisdiction. *See, e.g.*, *In re D.A.*, No. 02-15-00346-CV, 2015 WL 9244637, at *1 (Tex. App.—Fort Worth Dec. 17, 2015, no pet.) (mem. op.) ("The time for filing a notice of appeal is jurisdictional in this court, and absent a timely-filed notice of appeal or extension request, we must dismiss the appeal."); *see also* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Delivered: April 2, 2020

2